JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| BIOLABS, INC., a Delaware corporation and PARTHENON INVESTORS II, L.P., a Delaware limited partnership,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania and New York corporation and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. SACV12-00054 JVS (JPRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

    **IT IS SO ORDERED.**

Dated: October 12, 2012

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE